# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| JASON ELLISON, ) | Civil Action No. 4:15-cv-1196-JMC |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| Nancy A. Berryhill, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |

This matter is before the court on motion for entry of an order on payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. 2412. (ECF No. 29.) Plaintiff's motion seeks reimbursement for Counsel's representation in the above-captioned matter in the amount of Six Thousand Three Hundred and Thirty-Five dollars and Sixty-Eight cents ($6,335.68) in attorney's fees. The Commissioner did not file a response to Plaintiff's motion. However, the parties filed a joint stipulation indicating that the parties have conferred and agree on the amount of attorney's fees Plaintiff will receive. (ECF No. 30.) Per the joint stipulation, the parties have agreed to stipulate that an amount of Five Thousand and Five Hundred Dollars ($5,500.00) in attorney's fees under the EAJA is reasonable in this case. (ECF No. 30.)

The court has reviewed Counsel's fee petition and the joint stipulation that was submitted by the parties, and finds Counsel's stipulated request for fees reasonable. Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount of $5,500.00 in attorney's fees.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded

by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

    **IT IS SO ORDERED.**

*J. Michelle Childs*
J. Michelle Childs
United States District Judge

March 31, 2017
Columbia, SC